PETER SINGH, ESQ. (CA BAR NO. 183686)
KYLE J. HOWARD, ESQ. (CA BAR NO. 297146)
VALLEY IMMIGRATION LAW GROUP, INC.
744 P Street, Suite 130
Fresno, CA 93721
T - (559) 256-9800
E-MAIL: vilglaw@yahoo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Satnam Singh KHOSA,**

    Petitioner

**Sergio Albarran**, Field Office Director of Enforcement and Removal Operations, **ERO** San Francisco Field Office, Immigration and Customs Enforcement; **Kristi Noem**, Secretary, U.S. Department of Homeland Security; **Todd M. Lyons**, Acting Director of the United States Immigration and Customs Enforcement; **Pamela Bondi**, U.S. Attorney General; Executive Office for Immigration Review; **Warden of the Golden State Annex Facility**

    Respondents

Case No.: 1:26-CV-00532-JLT-CDB

JOINT STIPULATION AND ORDER TO CONSOLIDATE

JUDGE: HON. JENNIFER L. THURSTON
MAGISTRATE JUDGE: HON. CHRISTOPHER D. BAKER

IT IS HEREBY STIPULATED BY AND BETWEEN ALL PARTIES AS FOLLOWS:

    (1) Petitioner Satnam Singh KHOSA, and Respondent Sergio Albarran et al, by and through their respective counsel of record, hereby stipulate to consolidate Khosa II as the lead case with the earlier-filed 1:26-cv-00185-JLT-CDB action ("Khosa I");

    (2) Proceed with KHOSA II as the operative Petition;

PETITION FOR WRIT OF HABEAS CORPUSEXPEDITED HEARING REQUESTED - 1

(3) Petitioner extends the deadline to **February 20, 2026** for the Respondent to respond or supplement their response to operative petition.

**IT IS SO STIPULATED.**

Dated: February 05, 2026.                VALLEY IMMIGRATION LAW GROUP, INC

                                             By:   /S/ Kyle J. Howard
                                                      **Kyle J. Howard, Esq.**
                                                      Attorney for Petitioner

Dated: February 05, 2026.                US ATTORNEY'S OFFICE

                                                      /S/ Jonathan H. Yu
                                         By:   Jonathan H. Yu
                                                      SAUSA
                                                      Eastern District of California

## ORDER
For good cause shown, the above Stipulation is adopted.

IT IS SO ORDERED.

Dated:   **February 6, 2026**                          _____
                                                              UNITED STATES DISTRICT JUDGE